# Exhibit C

PRELIMINARY INFRINGEMENT CONTENTIONS FOR
U.S. PATENT NO. 8,149,070 & TECHNETIX OTTZ 1.8 GHZ OUTDOOR MULTITAP

| Claim | Claim Language | Accused Product |
|---|---|---|
| 1[p] | A BALUN comprising: | The Technetix OTTZ 1.8 GHz Outdoor Multitap (hereinafter "the Accused Product") includes a BALUN, as shown in the elements below.<br><br>Sources:<br>• https://americas.technetix.com/hfc-networks/multitaps-and-line-passives/<br>• https://emea.technetix.com/wp-content/uploads/sites/2/2023/04/OTTZ_AE.pdf<br>• https://emea.technetix.com/wp-content/uploads/sites/2/2023/04/19014610_OTTZ-8-11T_DS_EN.pdf |

| | | |
|---|---|---|
| 1[a] | a coaxial structure comprising: | The Accused Product includes a coaxial structure, as shown and described below.<br>Closer view of coaxial structure:<br>In the figure above there is a copper central conductor with an insulating white dielectric. Surrounding the copper center conductor is conductive |

| | | |
|---|---|---|
| | | element wrapped around a ferrite core sharing the same axis as the central conductor.<br><br>A 'coaxial structure' is defined as any 3 dimensional structure of elements sharing a common axis. This is not to be confused with 'coaxial cable' which is only one example of a coaxial structure. |
| 1[b] | a central conductor to allow a first signal and part of a second signal to flow thorough; and | The Accused Product includes **a central conductor** to allow a first signal and part of a second signal to flow through, as shown and described below.<br><br>Upon information and belief, the structure set out above provides directionality to the signal flow coupled out of the circuit. In one direction, RF power between the coupled signal (**Balun BA1**) and the signal fed through the **Capacitor** (that appears to be labelled C9) is combined in **Transformer T1**, while in the other it is 180 degree reversed to negate the energy.<br><br>Upon information and belief, the output of **Transformer T1** provides a tapped signal from energy flowing IN to OUT, but significantly less from OUT to IN (isolation spec). |

| | | |
|---|---|---|
| 1[d] | an outer conductor, enclosing at least partially said central conductor, grounded at one side to reflect part of said second signal at substantially 180 degrees phase shift with respect to said first signal; and | The Accused Product includes an **outer conductor**, enclosing at least partially said central conductor, grounded at one side to reflect part of said second signal at substantially 180 degrees phase shift with respect to said first signal, as shown and described below.<br><br>The outer conductor is grounded as shown and encloses at least part of the central conductor along the length of the inner diameter of the ferrite core. |

| | | |
|---|---|---|
| 1[e] | a first cylindrical ferrite element enclosing at least part of said coaxial structure to increase the inductance of said coaxial structure. | The Accused Product includes a first **cylindrical ferrite element** enclosing at least part of said coaxial structure to increase the inductance of said coaxial structure   |

<table>
<tr>
<td>1[f]</td>
<td>wherein the length of said BALUN is about 1/2 wavelength of the highest frequency of the frequency range of said second signal and wherein said first signal is an up to 15A and 50 to 60 Hz AC signal and said frequency range of said second signal is at least 5 MHz to 3000 MHz RF.</td>
<td>Upon information and belief, including without limitation, the Accused Product includes a BALUN with a length that is about ½ wavelength of the highest frequency of the frequency range of said second signal and wherein said first signal is an up to 15A and 50 to 60 Hz AC signal and said frequency range of said second signal is at least 5 MHz to 3000 MHz RF. The general formula for wavelength in a non-free space medium is $\lambda = \frac{c}{\sqrt{\varepsilon_r u_r}\, f}$, c=speed of light, f = Frequency, $\varepsilon_r$ = relative permittivity, $u_r$ = relative permeability (see e.g., https://sibersci.com/wavelength-calculator/). In free space, $\sqrt{\varepsilon_r u_r} = 1$; however, upon information belief, the balun is a ferrite material, which will impact the values in this equation. Technetix has acknowledged this fact for the Accused Product in stating that the “relative permeability is not the same for all frequencies, as it can be much higher at low frequencies and much lower at high frequencies,” thereby supporting confirming the belief that the elements herein are satisfied. Additionally, upon information and belief, the accused product operates at about a 1/2 wavelength.<br><br>
The tap supports signal conditioning plugins like cable simulators and cable equalizers. The 3 GHz housings have a bypass switch installed to ensure RF and AC pass through while the faceplate is being removed.<br><br>
Outdoor Taps<br>
Technetix Traditional Outdoor Multitaps 8-way 1.8 GHz<br>
technetix<br><br>
Electrical specifications<br><br>
<table>
<tr><th colspan="2">Parameter</th><th>Frequency</th><th>Min</th><th>Typ</th><th>Max</th><th>Units</th><th>Details</th><th>Notes</th></tr>
<tr><td>Frequency</td><td></td><td></td><td>5</td><td></td><td>1800</td><td>MHz</td><td></td><td></td></tr>
<tr><td>Impedance</td><td></td><td></td><td></td><td>75</td><td></td><td>Ohm</td><td></td><td></td></tr>
<tr><td>Power passing</td><td>In to out</td><td></td><td></td><td></td><td>15</td><td>A</td><td>30V - 90V @ 50 Hz</td><td></td></tr>
</table>
Signal of at least 5 MHz to 3000 MHz<br>
Signal up to 15A and 50 to 60 Hz AC</td>
</tr>
</table>



| | | |
|---|---|---|
| | |  |

| Claim | Claim Language | Accused Product |
|---|---|---|
| 13[p] | A power coupler for taping part of a RF signal from a combined RF and AC signal, the power coupler comprising: | The Technetix OTTZ 1.8 GHz Outdoor Multitap (hereinafter "the Accused Product") power coupler for taping **part of a RF signal** from **a combined RF and AC signal**, as shown in the elements below. |

| | | |
|---|---|---|
| 13[a] | a main line input port to receive a downstream signal from an input signal source, said downstream signal comprising a combined AC component and RF signal; | The Accused Product includes **a main line input port** to receive a downstream signal from an input signal source, said downstream signal comprising a combined AC component and RF signal.   |
| 13[b] | a BALUN comprising: | The Accused Product includes a **BALUN**. |

| | | |
|---|---|---|
| 13[c] | a coaxial structure comprising: | The Accused Product includes **a coaxial struture**. |
| 13[d] | a central conductor to allow a first signal and part of a second signal to flow thorough; and | The Accused Product includes **a central conductor** to allow a first signal and part of a second signal to flow thorough. |

| | | |
|---|---|---|
| 13[e] | an outer conductor, enclosing at least partially said central conductor, grounded at one side to reflect part of said second signal at substantially 180 degrees phase shift with respect to said first signal; | The Accused Product includes an **outer conductor**, enclosing at least partially said central conductor, grounded at one side to reflect part of said second signal at substantially 180 degrees phase shift with respect to said first signal, as shown and described below.<br><br><br>The outer conductor is grounded as shown and encloses at least part of the central conductor along the length of the inner diameter of the ferrite core. |

| | | |
|---|---|---|
| 13[f] | a first cylindrical ferrite element enclosing at least part of said coaxial structure to increase the inductance of said coaxial structure, | The Accused Product includes a first **cylindrical ferrite element** enclosing at least part of said coaxial structure to increase the inductance of said coaxial structure.   |
| 13[g] | wherein the length of said BALUN is about ½ wavelength of the highest frequency of the frequency range of said second signal, | The Accused Product includes the element of wherein the length of said BALUN is about ½ wavelength of the highest frequency of the frequency range of said second signal. The general formula for wavelength in a non-free space medium is $\lambda = \frac{c}{\sqrt{\varepsilon_r u_r}\, f}$, c=speed of light, f = Frequency, $\varepsilon_r$ = relative permittivity, $u_r$ = relative permeability (*see e.g.*, https://sibersci.com/wavelength-calculator/). In free space, $\sqrt{\varepsilon_r u_r} = 1$; however, upon information belief, the balun is a ferrite material, which will impact the values in this equation. Technetix has acknowledged this fact for the Accused Product in stating that the "relative permeability is not the same for all frequencies, as it can be much higher at low frequencies and much lower at high frequencies," thereby supporting confirming the belief that the elements herein are satisfied. Additionally, upon |

| | | |
|---|---|---|
| | | information and belief, the accused product operates at about a 1/2 wavelength. |

The tap supports signal conditioning plugins like cable simulators and cable equalizers. The 3 GHz housings have a bypass switch installed to ensure RF and AC pass through while the faceplate is being removed.

Outdoor Taps

**Technetix Traditional Outdoor Multitaps 8-way 1.8 GHz**

technetix

**Electrical specifications**

| Parameter | | Frequency | Min | Typ | Max | Units | Details | Notes |
|---|---|---|---|---|---|---|---|---|
| Frequency | | | 5 | | 1800 | MHz | | |
| Impedance | | | | 75 | | Ohm | | |
| Power passing | In to out | | | | 15 | A | 30V - 90V @ 50 Hz | |

Signal of at least 5 MHz to 3000 MHz

Signal up to 15A and 50 to 60 Hz AC

| 13[h] | wherein the first port of the central conductor of said BALUN is connected to said input port and the second port is connected to a main line output port, to allow said AC component and part of said RF signal to flow thorough said BALUN central conductor and to reflect part of said RF signal at substantially 180 degrees phase shift with respect to said RF signal on said BALUN outer conductor, wherein said BALUN outer conductor is coupled to a second circuitry; |   The Accused Product includes wherein the **first port of the central conductor of said BALUN is connected to said input** port and the **second port is connected to a main line output port**, to allow said AC component and part of said RF signal to flow thorough said BALUN central conductor and to reflect part of said RF signal at substantially 180 degrees phase shift with respect to said RF signal on said BALUN outer conductor, wherein said BALUN outer conductor is coupled to a **second circuitry**; |
|---|---|---|

| | | |
|---|---|---|
| 13[i] | a first circuitry coupled to said input port and to said first port of said BALUN central conductor to sample small part of said RF signal; | The Accused Product includes **a first circuitry** coupled to said input port and to said first port of said BALUN central conductor to sample small part of said RF signal.  |
| 13[j] | said main line output port to receive said AC component and part of said RF signal to feed a main line distribution cable; | The Accused Product includes said main line output port to receive said AC component and part of said RF signal to feed a main line distribution cable. |

| | | |
|---|---|---|
| 13[k] | said second circuitry, coupled to said BALUN outer conductor, to match impedances and improve the return loss of said RF signal and to pass said reflected RF signal to a third circuitry; | The Accused Product has such second circuitry, coupled to said BALUN outer conductor, to match impedances and improve the return loss of said RF signal and to pass said reflected RF signal to a third circuitry;  |
| 13[l] | said third circuitry coupled to said second circuitry and to said first circuitry to reverse the phase of said reflected RF signal received from said second circuitry and sum the reversed signal with the RF signal received from said first circuit and feed an output tap port with the summed RF signal; and | The Accused Product has such third circuitry, coupled to said second circuitry and to said first circuitry to reverse the phase of said reflected RF signal received from said second circuitry and sum the reversed signal with the RF signal received from said first circuit and feed an output tap port with the summed RF signal  |

| | | |
|---|---|---|
| 13[m] | an output tap port to feed splitting devices with said summed RF signal for the distribution of said summed RF signal to subscribers drop lines. | The Accused Product includes an output tap port to feed splitting devices with said summed RF signal for the distribution of said summed RF signal to subscribers drop lines.   |